IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| LOCKLEAR ELECTRIC, individually and on behalf of all others similarly situated, ) ) ) ) | |
| Plaintiff, ) ) | |
| v. ) ) | No.   06-739-DRH |
| MATRIX LEAD SOURCE, INC., ) ) | |
| Defendant. ) | |

## MEMORANDUM and ORDER

Now before the Court is Plaintiff's Motion to Remand. (Doc. 11.) Defendant responds in opposition. (Doc. 18.) On July 31, 2006, Plaintiff filed this civil action in the Circuit Court of Madison County, Illinois seeking damages and injunctive relief under the Telephone Consumer Protection Act (TCPA), **47 U.S.C. § 227**. On September 25, 2006, Defendant filed a timely notice of removal based upon federal question jurisdiction pursuant to **28 U.S.C. § 1331**.

The sole basis for Plaintiff's motion to remand (Doc. 11) is that Plaintiff disagrees, along with several other circuits,[1] with the Seventh Circuit's opinion in ***Brill v. Countrywide Home Loans Inc.*, 427 F.3d 446 (7th Cir. 2005)**, which held that state courts do not have exclusive jurisdiction over claims arising under the TCPA and that removal is authorized under the Act. ***Id.* at 450-**

---

[1] This Court believes it is worth acknowledging, as the Seventh Circuit did in its opinion, that the other circuit decisions were made prior to two United States Supreme Court decisions, which weighed in, at least indirectly, on the issue. *See Brill*, **427 F.3d at 450.**

**51.**  Not only is *Brill* binding precedent upon this Court, as Plaintiff concedes, but this Court also finds its reasoning entirely persuasive.  Plaintiff's motion to remand (Doc. 11) is **DENIED**.

        **IT IS SO ORDERED.**

        Signed this 15th day of December, 2006.

/s/        David   RHerndon
**United States District Judge**