UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| LOCKLEAR ELECTRIC, individually and on behalf of all others similarly situated, )<br>)<br>) | )<br>) No. 06-cv-739 DRH |
| Plaintiff, ) | ) |
| ) | ) CJRA TRACK D |
| v. ) | |
| ) | |
| MATRIX LEAD SOURCE, INC., ) | |
| ) | |
| Defendant. ) | |

**ORDER**

The foregoing Stipulation to Dismiss having been presented to the Court and the Court being fully advised in the premises,

IT IS ORDERED AND ADJUDGED that the stipulation is rejected by the Court. This action was filed as a purported class action. Therefore, any settlement, which purports to impact the class must have the approval of the Court, after notice to the class and a hearing at which members of the class have an opportunity to be heard. **FED. R. CIV. P. 23(e)**. This is the case even when a class has not yet been certified. ***See Culver v. City of Milwaukee*, 277 F.3d 908, 914 (7th Cir. 2002) ("[T]he context in which 'class' is used in Rule 23(e) indicates that it is not limited to a certified class.")**

The parties shall follow the rules for the settlement of a class action or advise the Court if pursuit of the litigation from the standpoint of class treatment has been abandoned.

DATED: April 30, 2007.

/s/   David   RHerndon
JUDGE