IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **LOCKLEAR ELECTRIC, individually and on behalf of all others similarly situated,** ) ) ) ) | |
| **Plaintiff,** ) ) | |
| v. ) ) | No.   06-739-DRH |
| **MATRIX LEAD SOURCE, INC.,** ) ) | |
| **Defendant.** ) | |

## ORDER

**HERNDON, District Judge:**

      Before the court is Plaintiff's motion to reconsider the denial of dismissal entered April 30, 2007. (Doc. 26.)  Plaintiff's motion supplies new facts, which suggest that the class action has been abandoned due to similar proceedings in the Circuit Court of Lake County, Illinois and that, furthermore, this dismissal pertains only to the individually-named Plaintiff, Locklear Electric. Therefore, it is no longer necessary for the parties to follow the rules for settlement of a class action. Plaintiff's failure to convey this information to the Court constitutes excusable neglect pursuant to **FEDERAL RULE OF CIVIL PROCEDURE 60(b)(1)**.  Accordingly, Plaintiff's motion to reconsider the denial of dismissal is **GRANTED**  (Doc. 26) and the April 30, 2007 Order denying the dismissal is **VACATED**.  (Doc.  25.)  It is ordered that

this matter is dismissed with prejudice. Costs have been paid. Clerk to enter judgment accordingly.

**IT IS SO ORDERED.**

Signed this 24th day of May, 2007.

/s/        David   RHerndon
**United States District Judge**