IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

**LOCKLEAR ELECTRIC,**

    **Plaintiff,**

    **vs.**                                                      Cause No. 06-CV-739 DRH

**MATRIX LEAD SOURCE, INC.,**

    **Defendant**.

## JUDGMENT IN A CIVIL CASE

The Court having received a Stipulation for Dismissal signed by counsel of record advising this Court that the above action has been settled; and/or having been advised by counsel for the parties that the above action has been settled;

    **IT IS ORDERED AND ADJUDGED** that this action is **DISMISSED with prejudice** .----

                                                      **NORBERT G. JAWORSKI, CLERK**

May 29, 2007                                           By:   s/Patricia Brown
                                                                       Deputy Clerk

APPROVED: /s/        David   RHerndon
                    **U.S. DISTRICT JUDGE**